**Order entered June 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

**ADRIAN BOOKER, ET AL., Appellants**

**V.**

**ANISSA MAHMOUDI, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is the June 24, 2019 request of Claudia Webb, Official Court Reporter for Collin County Court at Law No. 3, for a forty-five day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that appellant shall file the reporter's record by **July 24, 2019**. *See* TEX. R. APP. P. 35.3(c).

/s/     ERIN A. NOWELL
               JUSTICE